UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **Leow et al,** ) <br>    **Plaintiff,** ) <br> ) <br> **v.** ) <br> ) <br> **Green Tree Servicing LLC et al** ) <br>    **Defendant.** ) | **CIVIL ACTION** <br> **NO. 1:17-12385-DJC** |

## ORDER OF DISMISSAL

**Casper, D.J.**

In accordance with the Court's Memorandum and Order issued on July 24, 2018, granting the defendant's motions to dismiss, it is hereby ORDERED that the above-entitled action be dismissed.

              So Ordered.

              DENISE J. CASPER
              UNITED STATES DISTRICT JUDGE

              By the Court:
**July 25, 2018**         /s/ Matthew M. McKillop
Date            Deputy Clerk